UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER L. STOKELY, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>JOE McGRAFT, )<br>)<br>Respondent. )<br>_____) | CIV F 01 6030 AWI WMW HC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #35) |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254.  On  April 8, 2005, respondent  filed a motion to extend time to file a supplemental memorandum to the petition for writ of habeas corpus.   Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Respondent is granted thirty days from the date of service of this order in which to file a supplemental memorandum. Petitioner's reply, if any, is due within 30 days after receipt of respondent's supplemental memorandum.

IT IS SO ORDERED.

**Dated:   April 19, 2005**              **/s/  William M. Wunderlich**
bl0dc4                                             UNITED STATES MAGISTRATE JUDGE