UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER L. STOKELY,<br><br>    Petitioner,<br><br>    v.<br><br>JOE McGRAFT, Warden, et al.,<br><br>    Respondent. | 1:01-cv-6030 AWI WMW HC<br><br>ORDER GRANTING SECOND EXTENSION OF TIME TO FILE SUPPLEMENTAL MEMORANDUM TO PETITION<br><br>(DOCUMENT #37) |

Petitioner is a state prisoner proceeding with counsel in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 31, 2005, petitioner filed a second motion to extend time to file a supplemental memorandum to the petition for writ of habeas corpus. The court previously granted an extension of time in its order of April 20, 2005, however, it inadvertently referred to petitioner's motion as "respondent's motion". Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted through August 1, 2005 in which to file a supplemental memorandum to the petition for writ of habeas corpus.

IT IS SO ORDERED.

**Dated:  June 27, 2005**          **/s/  William M. Wunderlich**
bl0dc4                    UNITED STATES MAGISTRATE JUDGE