IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROGER STOKELY, | ) | CV F 01-6030 AWI WMW HC |
| | ) | |
| Petitioner, | ) | ORDER ALLOWING |
| | ) | LODGING OF HARD COPIES |
| v. | ) | |
| | ) | |
| JOE McGRATH, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

    Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. On July 27, 2005, Petitioner's counsel sent a letter to the court requesting permission to lodge hard copies of documents with the court. These documents are from Petitioner's "C" file maintained by the Department of Corrections and are in the possession of the Attorney General. Good cause appearing, Petitioner's request is HEREBY GRANTED and the Clerk of the Court shall allow Petitioner to lodge the specified

hard copies with the court.

IT IS SO ORDERED.

**Dated:   August 2, 2005**            **/s/  William M. Wunderlich**
bl0dc4                                  UNITED STATES MAGISTRATE JUDGE