IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER STOKELY,<br><br>           Petitioner,<br><br>   v.<br><br>JOE McGRATH,<br><br>           Respondent. | CV F 01-6030 AWI WMW HC<br><br>ORDER GRANTING<br>EXTENSION OF TIME<br><br>[Doc. 51] |

     Petitioner has filed an application for an extension of time to further develop facts and file a supplemental memorandum as previously ordered by this court. Good cause appearing, Petitioner's request is HEREBY GRANTED.

     It is HEREBY ORDERED as follows:

1)   Petitioner is granted thirty (30) days from the date of service of this order within which to file his supplemental brief;

2)   Respondent is granted thirty (30) days thereafter to file a response;

3)      Petitioner is granted fifteen (15) days thereafter to file a reply to Respondent's response.

IT IS SO ORDERED.

**Dated:   March 2, 2006**            /s/  **William M. Wunderlich**
bl0dc4                             UNITED STATES MAGISTRATE JUDGE

2