UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROGER L. STOKELY, | ) | 1:01-CV-6030 AWI WMW HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME |
| JOE McGRAFT, Warden | ) | (DOCUMENT #53) |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 1, 2006, petitioner filed a motion to extend time to file a supplemental brief as previously ordered by this court. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a supplemental brief.

IT IS SO ORDERED.

**Dated:   April 7, 2006**          /s/  **William M. Wunderlich**
bl0dc4                             UNITED STATES MAGISTRATE JUDGE