IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROGER STOKELY,** | **CV F 01-6030 LJO  WMW HC** |
| Petitioner, | |
| v. | **ORDER DENYING AS MOOT REQUEST FOR CERTIFICATE OF APPEALABILITY** |
| **JOE McGRATH,** | |
| Respondent. | [Doc. 80, 81] |

Petitioner is a state prisoner proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  On November 30, Petitioner filed an application for a certificate of appealability.   The court denied that application in an order entered December 3, 2007.

On December 13, 2007, and December 17, 2007, Petitioner filed additional applications for a certificate of appealability.  Those two additional applications are

HEREBY DENIED as moot in light of the court's prior denial.

IT IS SO ORDERED.

**Dated:   December 18, 2007**               /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

2